Approved: _____
KARIN S. PORTLOCK
Assistant United States Attorney

Before: THE HONORABLE KEVIN NATHANIEL FOX
United States Magistrate Judge
Southern District of New York

- - - - - - - - - - - - - - - - - X
 :
UNITED STATES OF AMERICA : SEALED COMPLAINT
 :
 : Violations of
 - v. - : 18 U.S.C. §§ 922(g)(1)
 : and (2)
NELSON RAMOS, :
 : COUNTY OF OFFENSE:
 Defendant. : BRONX
 :
- - - - - - - - - - - - - - - - - X

16 MAG 1548

SOUTHERN DISTRICT OF NEW YORK, ss.:

EDGARDO BARBOT, being duly sworn, deposes and says that he is a Detective with the New York City Police Department ("NYPD"), and charges as follows:

### COUNT ONE
(Felon in Possession of a Firearm)

1. On or about February 17, 2016, in the Southern District of New York and elsewhere, NELSON RAMOS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Jimenez Arms 9 millimeter Luger semi-automatic pistol, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and (2).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

2. I am a Detective with the NYPD, Firearms Suppression Division, and have been with the NYPD for approximately 21 years. I have been personally involved in the investigation of

this matter. I am familiar with the facts and circumstances set forth below from my personal participation in the investigation, my examination of reports and records, and my conversations with other law enforcement officers, including NYPD officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

    3. Based on my conversations with three NYPD officers ("PO-1", "PO-2", and "PO-3") (collectively, the "Officers") personally involved in the arrest of NELSON RAMOS, the defendant, I have learned the following, among other things:

    a. On or about February 17, 2016, at approximately 12:40 a.m., the Officers were parked in an unmarked car in the vicinity of 1757 Story Avenue in the Bronx, New York.

    b. The Officers observed a group of individuals standing in front of 1757 Story Avenue for several minutes. The group of individuals then proceeded on foot toward the rear of the building to a parking lot.

    c. The Officers then heard a gunshot. PO-1 and PO-2 exited the vehicle and ran toward the rear of the building.

    d. PO-1 and PO-2 encountered many individuals running toward them. These individuals pointed in the direction of RAMOS, indicating that the shot had come from that direction. PO-1 and PO-2 proceeded in the direction of RAMOS.

    e. PO-1 then observed RAMOS holding a firearm (the "Firearm") in his hand and throwing the Firearm to the ground. PO-1 retrieved the Firearm from the ground.

    f. RAMOS was then placed under arrest and transported to the 43rd Precinct.

    4. Based on my review of an NYPD Firearm Examination Report, I have learned that the Firearm recovered from NELSON RAMOS, the defendant, was a loaded Jimenez Arms, 9 millimeter Luger semi-automatic pistol containing six live rounds of ammunition.

5. Based on my training and experience, and my communications with other law enforcement agents, including a Special Agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives who is familiar with the manufacturing of firearms, I know that the Firearm was not and has never been manufactured in New York State.

6. I have reviewed criminal history records pertaining to NELSON RAMOS, the defendant, which show that RAMOS was convicted on or about April 2, 2013, in the Supreme Court of the State of New York, Bronx County, of Attempted Criminal Possession of a Weapon in the Second Degree, in violation of New York Penal Law § 265.03, a Class D felony, which is punishable by imprisonment for a term exceeding one year.

WHEREFORE, the deponent respectfully requests that a warrant be issued for the arrest of NELSON RAMOS, the defendant, and that he be arrested and imprisoned or bailed, as the case may be.

_Det. E. Barbot_
EDGARDO BARBOT
Detective
New York City Police Department

Sworn to before me this
7th day of March, 2016

_Kevin Nathaniel Fox_
THE HONORABLE KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

3