Clerk of The Courts,

    I, Nelson Ramos am writing in regards to docket case #1:16 cr 00315-001 in The Southern district of New York respectfully requesting That my J&C (Judgement & Commitment) be signed & forwarded to D.S.C.C for proper designation within The Bureau of Prisons (BOP) Being That above documents have yet To be signed by The Honorable Judge William H. Pauley III.

Respectfully Submitted,

Nelson Ramos